UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JACK B. SCHMETTERER                          Date: June 13, 2011

Bankruptcy Case No. 05 B 42396                          Adversary No. _____

Title of Case    In re: Daniel J. and Debra A. Nolan

Brief Statement   Order of Court
of Motion

Names and
Addresses of
moving counsel

Representing

Names and         See Attached Service Certificate
Addresses of
other counsel
entitled to
notice and names
of parties they
represent

ORDER

IT IS HEREBY ORDERED THAT further status on Trustee's Final Report and Account is set August 25, 2011, at 10:30 a.m. in courtroom 682.

ENTER: _____

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.