UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| NOLAN, DANIEL J | § | Case No. 05-42396 |
| NOLAN, DEBRA A | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/25/2012 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2012                By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| NOLAN, DANIEL J | § | Case No. 05-42396 |
| NOLAN, DEBRA A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 17,640.85 |
| --- | --- | --- |
| and approved disbursements of | $ | 92.08 |
| leaving a balance on hand of[1] | $ | 17,548.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Frances Gecker | $ 2,514.09 | $ 0.00 | $ 2,514.09 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 6,012.00 | $ 0.00 | $ 6,012.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 29.71 | $ 0.00 | $ 29.71 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 36.07 | $ 36.07 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 8,555.80 |
| --- | --- | --- |
| Remaining Balance | $ | 8,992.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 151,761.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | US Bank Corp/ Retail Payment Solutions | $ 7,996.27 | $ 0.00 | $ 473.84 |
| 000002 | Discover Bank/Discover Financial Services | $ 5,684.35 | $ 0.00 | $ 336.84 |
| 000003 | Discover Bank/Discover Financial Services | $ 6,390.58 | $ 0.00 | $ 378.69 |
| 000004 | Chase Bank USA, N.A. | $ 34,492.42 | $ 0.00 | $ 2,043.93 |
| 000005 | American Express Bank FSB | $ 8,766.34 | $ 0.00 | $ 519.47 |
| 000006 | American Express Centurion Bank | $ 6,105.01 | $ 0.00 | $ 361.77 |
| 000007 | Recovery Management Systems Corporation | $ 1,074.39 | $ 0.00 | $ 63.67 |
| 000008 | Chase Bank USA, N.A. | $ 11,217.93 | $ 0.00 | $ 664.74 |
| 000009 | Chase Bank USA, N.A. | $ 19,873.11 | $ 0.00 | $ 1,177.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Target National Bank (f.k.a. Retailers National Ba | $ 430.01 | $ 0.00 | $ 25.48 |
| 000011 | Citibank USA Na Citibank | $ 2,342.67 | $ 0.00 | $ 138.82 |
| 000012 | Advanta Bank Corp | $ 4,027.06 | $ 0.00 | $ 238.63 |
| 000013 | Citibank Choice | $ 6,322.01 | $ 0.00 | $ 374.63 |
| 000014 | eCAST Settlement Corporation assignee of | $ 37,038.88 | $ 0.00 | $ 2,194.83 |

Total to be paid to timely general unsecured creditors     $     8,992.97

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 05-42396-JBS
Daniel J Nolan Chapter 7
Debra A Nolan
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dpruitt              Page 1 of 3          Date Rcvd: Sep 20, 2012
                             Form ID: pdf006            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2012.
db           Daniel J Nolan,    P O Box 7035,   Hoffman Estates, IL  60195
jdb         +Debra A Nolan,    1420 Highland Blvd,   Hoffman Estates, IL 60169-3538
9942536     +American Express,    Acct # xxxx-xxxxxx-x1000,    PO BOX 360002,   Ft. Lauderdale, FL 33336-0002
9942535      American Express,    Acct # xxxx-xxxxxx-x2005,    P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10686995     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
10687036     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
9942537      Bank of America Mortgage,    P.O. Box 35140,   Louisville, KY 40232-5140
9942538     +Chase,    Acct # xxxx-xxxx-xxxx-5038,    P.O. Box 15153,   Wilmington, DE 19886-5153
9942539     +Chase Cardmember Service,    Acct # xxxx-xxxx-xxxx-6542,    PO BOX 15153,
              Wilmington, DE 19886-5153
9942540     +Chase Cardmember Services,    Acct # xxxx-xxxx-xxxx-3800,    PO BOX 15153,
              Wilmington, DE 19886-5153
9942541     +Chase Yahoo,    Acct # xxxx-xxxx-xxxx-2645,    Cardmember Service,    PO BOX 15153,
              Wilmington, DE 19886-5153
9942542      Citi Platinum Select Card,    Acct # xxxx-xxxx-xxxx-5055,    P.O. Box 688902,
              Des Moines, IA 50368-8915
9942543     +Citibank USA Na Citibank,    P O box 182149,   Columbus OH 43218-2149
9942544     +Clark,    Acct # xxxxxxxxxxxx6630,    P.O. Box 29184,   Shawnee Mission, KS 66201-9184
9942548     +ExonMobil,    Acct # xxx xxx 819 3,    P.O. Box 4598,   Carol Stream, IL 60197-4598
9942550     +LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2053
9942551      Sears,    Acct # xxxxxxxxx4594,    P.O. Box 182149,   Columbus, OH 43218-2149
9942552     +Target,    Acct # xxxx-xxxx-xxxx-9148,    PO BOX 59317,   Minneapolis, MN 55459-0317
9942553    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Acct # xxxx-xxxx-xxxx-0071,    P.O. Box 790408,
              Saint Louis, MO 63179)
10675086    +US Bank Corp/ Retail Payment Solutions,    PO Box 5229,   Cincinnati, Ohio 45201-5229
11256418     eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
              Newark NJ 07193-5480
11163484     eCast Settlement Corp.,    P O Box 35480,   Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9942534      E-mail/Text: bkr@cardworks.com Sep 21 2012 02:05:17       Advanta,    Acct # xxxx-xxxx-xxxx-0012,
              P.O. Box 8088,    Philadelphia, PA 19101
10775304     E-mail/Text: bkr@cardworks.com Sep 21 2012 02:05:17       Advanta Bank Corp,    Welsh & McKean Roads,
              Po Box 844,    Spring House, PA 19477
11185665    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 21 2012 03:03:43
              American Honda Finance Corp. Dept.,    c/o Ascension Capital Group,    P O Box 201347,
              Arlington, TX 76006-1347
10683622    +E-mail/Text: bncmail@w-legal.com Sep 21 2012 03:10:01       Chase Bank USA, N.A.,
              c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
9942547      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2012 01:56:12        Discover,
              Acct # xxxx-xxxx-xxxx-8231,    P.O. Box 3008,   New Albany, OH 43054
9942546      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2012 01:56:12        Discover,
              Acct # xxxx-xxxx-xxxx-9226,    P.O. Box 30395,   Salt Lake City, UT 84130
10675402     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2012 01:56:12
              Discover Bank/Discover Financial Services,    PO Box 8003,   Hilliard, OH 43026
9942549     +E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 21 2012 02:01:24        Honda Finance,
              P.O. Box 660670,    Dallas, TX 75266
10687676    +E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2012 03:06:27
              Recovery Management Systems Corporation,    For GE Money Bank,    dba MOBIL,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10689335    +E-mail/Text: bncmail@w-legal.com Sep 21 2012 03:10:01
              Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10789734   ##+Citibank Choice,    Exception Payment Processing,    POB 6305,   The Lakes, NV 88901-6305
9942545    ##+Dell Financial Services,    3500 A. Wadley Place,   Austin, TX 78728-1279
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dpruitt              Page 2 of 3              Date Rcvd: Sep 20, 2012
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2012**              **Signature:**   _Joseph Speetjens_

Case 05-42396   Doc 54   Filed 09/20/12   Entered 09/22/12 23:31:14   Desc Imaged
Certificate of Notice    Page 8 of 8

```
District/off: 0752-1           User: dpruitt              Page 3 of 3                  Date Rcvd: Sep 20, 2012
                               Form ID: pdf006           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2012 at the address(es) listed below:
          Alexander   Tynkov    on behalf of Debtor Daniel Nolan ecf@zaplawfirm.com,   atynkov@zaplawfirm.com,
           ZAPecf@gmail.com
          Erich   Ramsey    on behalf of Creditor   American Honda Finance Corporation Department
           ecfnotices@ascensioncapitalgroup.com
          Frances   Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Joseph D Frank    on behalf of Trustee Frances Gecker jfrank@fgllp.com,
           ccarpenter@fgllp.com;knewman@menterlaw.com;jkleinman@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas   Twomey    on behalf of Debtor Daniel Nolan ecf@zaplawfirm.com,
           ttwomey@zaplawfirm.com;ZAPecf@gmail.com
          William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com
          Zane L Zielinski    on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                          TOTAL: 8

Case 05-42396   Doc 54   Filed 09/20/12   Entered 09/22/12 23:31:14   Desc Imaged
Certificate of Notice    Page 8 of 8