# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
NOLAN, DANIEL J                           §        Case No. 05-42396
NOLAN, DEBRA A                            §
                                          §
                                          §
_____Debtor(s)_____§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on        . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____

                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLARK | | | | | |
| | DISCOVER | | | | | |
| | SEARS | | | | | |
| 000012 | ADVANTA BANK CORP | | | | | |
| 000005 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000013 | CITIBANK CHOICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CITIBANK USA NA CITIBANK | | | | | |
| 000002 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000003 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000014 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000010 | TARGET NATIONAL BANK (F.K.A. RETAIL | | | | | |
| 000001 | US BANK CORP/ RETAIL PAYMENT SOLUTI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 05-42396 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | NOLAN, DANIEL J | | | Date Filed (f) or Converted (c): | 09/30/05 (f) |
| | NOLAN, DEBRA A | | | 341(a) Meeting Date: | 11/15/05 |
| For Period Ending: | 01/08/13 | | | Claims Bar Date: | 06/22/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Real Estate<br>Debtor Claimed Exemption | 245,000.00 | 5,000.00 | | 0.00 | FA |
| 2. | SAVINGS/CHECKING<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 3. | MONEY MARKET ACCOUNT<br>Debtor Claimed Exemption | 2,400.00 | 0.00 | | 0.00 | FA |
| 4. | CHECKING ACCOUNT - AMERICA UNITED BANK | 20,000.00 | 20,000.00 | | 13,789.13 | FA |
| 5. | HOUSEHOLD GOODS<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. | WEARING APPAREL<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 7. | PENSION - 401k<br>Debtor Claimed Exemption | 29,000.00 | 0.00 | | 0.00 | FA |
| 8. | VEHICLES<br>2001 Acura TL | 16,000.00 | 0.00 | | 0.00 | FA |
| 9. | VEHICLES<br>1986 Kawasaki 1200<br>Debtor Claimed Exemption | 2,000.00 | 1,600.00 | | 0.00 | FA |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 05-42396   JBS   Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | NOLAN, DANIEL J | Date Filed (f) or Converted (c): | 09/30/05 (f) |
| | NOLAN, DEBRA A | 341(a) Meeting Date: | 11/15/05 |
| | | Claims Bar Date: | 06/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. VEHICLES<br>1985 Yamaha Maxim X<br>Debtor Claimed Exemption | 1,000.00 | 400.00 | | 0.00 | FA |
| 11. VEHICLES<br>1991 GMC Vendura<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. VEHICLES<br>1993 Dodge Stealth<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. OFFICE EQUIPMENT<br>Computer. | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. TAX REFUNDS (u) | 0.00 | 3,561.00 | | 3,561.00 | FA |
| 15. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 290.72 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $319,900.00 | $30,561.00 | $17,640.85 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-42396    JBS   Judge: Jack B. Schmetterer | |

Case Name:    NOLAN, DANIEL J

NOLAN, DEBRA A

Trustee Name:                          Frances Gecker

Date Filed (f) or Converted (c):   09/30/05 (f)

341(a) Meeting Date:                11/15/05

Claims Bar Date:                      06/22/06

Initial Projected Date of Final Report (TFR): 12/28/07        Current Projected Date of Final Report (TFR): 06/01/12

/s/      Frances Gecker

_____ Date: 01/08/13

FRANCES GECKER

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-42396 -JBS | | | Trustee Name: | | Frances Gecker |
| Case Name: | NOLAN, DANIEL J | | | Bank Name: | | BANK OF AMERICA |
| | NOLAN, DEBRA A | | | Account Number / CD #: | | *******3493  MONEY MARKET |
| Taxpayer ID No: | *******8747 | | | | | |
| For Period Ending: | 01/08/13 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/06 | 14 | United States Treasury | TAX REFUNDS | 1224-000 | 3,203.00 | | 3,203.00 |
| 03/21/06 | 4 | AmericaUnited Bank<br>321 W. Golf Road<br>Schaumburg, IL  60196 | Proceeds from Sale of Business | 1129-000 | 11,339.13 | | 14,542.13 |
| 03/21/06 | 14 | Treasurer of the State of Illinois | TAX REFUNDS | 1224-000 | 358.00 | | 14,900.13 |
| 03/31/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.30 | | 14,903.43 |
| 04/28/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.24 | | 14,915.67 |
| 05/31/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.67 | | 14,928.34 |
| 06/30/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.27 | | 14,940.61 |
| 07/31/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.69 | | 14,953.30 |
| 08/31/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.70 | | 14,966.00 |
| 09/29/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.30 | | 14,978.30 |
| 10/31/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.72 | | 14,991.02 |
| 11/30/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.32 | | 15,003.34 |
| 12/29/06 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.74 | | 15,016.08 |

Page Subtotals          15,016.08          0.00

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-42396 -JBS |
|---|---|
| Case Name: | NOLAN, DANIEL J |
| | NOLAN, DEBRA A |
| Taxpayer ID No: | *******8747 |
| For Period Ending: | 01/08/13 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3493  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.76 | | 15,028.84 |
| 02/28/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.53 | | 15,040.37 |
| 03/30/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.77 | | 15,053.14 |
| 04/30/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.37 | | 15,065.51 |
| 05/31/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.80 | | 15,078.31 |
| 06/29/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.39 | | 15,090.70 |
| 07/31/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.82 | | 15,103.52 |
| 08/31/07 | 15 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 12.83 | | 15,116.35 |
| 09/28/07 | 15 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 9.63 | | 15,125.98 |
| 10/31/07 | 15 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 9.64 | | 15,135.62 |
| 11/30/07 | 15 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 8.09 | | 15,143.71 |
| 12/31/07 | 15 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 7.24 | | 15,150.95 |
| 01/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 6.00 | | 15,156.95 |
| 02/29/08 | 15 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 3.60 | | 15,160.55 |

| | Page Subtotals | 144.47 | 0.00 | |
|---|---|---|---|---|

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-42396 -JBS | Trustee Name: | Frances Gecker |
| Case Name: | NOLAN, DANIEL J | Bank Name: | BANK OF AMERICA |
| | NOLAN, DEBRA A | Account Number / CD #: | *******3493  MONEY MARKET |
| Taxpayer ID No: | *******8747 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 3.58 | | 15,164.13 |
| 04/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 3.11 | | 15,167.24 |
| 05/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.92 | | 15,169.16 |
| 06/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.87 | | 15,171.03 |
| 07/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.93 | | 15,172.96 |
| 08/29/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.92 | | 15,174.88 |
| 09/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.87 | | 15,176.75 |
| 10/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.47 | | 15,178.22 |
| 11/28/08 | 15 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.24 | | 15,179.46 |
| 12/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.77 | | 15,180.23 |
| 01/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,180.35 |
| 02/27/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,180.47 |
| 03/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,180.60 |
| 04/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 15,180.93 |

| | | | Page Subtotals | | 20.38 | 0.00 | |

Ver: 17.01

FORM 2                                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-42396 -JBS |
| Case Name: | NOLAN, DANIEL J |
| | NOLAN, DEBRA A |
| Taxpayer ID No: | *******8747 |
| For Period Ending: | 01/08/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3493  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,181.31 |
| 06/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,181.69 |
| 07/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,182.08 |
| 08/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,182.47 |
| 09/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,182.84 |
| 10/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,183.22 |
| 11/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,183.60 |
| 12/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,183.99 |
| 01/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,184.37 |
| 02/08/10 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 13.14 | 15,171.23 |
| 02/26/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 15,171.58 |
| 03/01/10 | 4 | Daniel Nolan P.O. Box 7035 Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 1,100.00 | | 16,271.58 |

|  | Page Subtotals | 1,103.79 | 13.14 |
|---|---|---|---|

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-42396 -JBS | |
| Case Name: | NOLAN, DANIEL J | |
| | NOLAN, DEBRA A | |
| Taxpayer ID No: | *******8747 | |
| For Period Ending: | 01/08/13 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3493  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,272.00 |
| 04/22/10 | 4 | Zalutsky & Pinski<br>20 N. Clark Street, Suite 600<br>Chicago, Illinois  60602 | Proceeds from Sale of Business | 1129-000 | 150.00 | | 16,422.00 |
| 04/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 16,422.40 |
| 05/25/10 | 4 | Zalutsky & Pinski<br>20 N. Clark Street, Suite 600<br>Chicago, Illinois  60602 | Proceeds from Sale of Business | 1129-000 | 100.00 | | 16,522.40 |
| 05/28/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,522.82 |
| 06/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,523.23 |
| 07/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,523.65 |
| 08/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,524.07 |
| 09/23/10 | 4 | Daniel Nolan<br>P.O. Box 7035<br>Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 100.00 | | 16,624.07 |
| 09/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,624.48 |
| 10/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,624.90 |

Page Subtotals    353.32    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-42396 -JBS | | Trustee Name: | | Frances Gecker |
| Case Name: | NOLAN, DANIEL J | | Bank Name: | | BANK OF AMERICA |
| | NOLAN, DEBRA A | | Account Number / CD #: | | *******3493  MONEY MARKET |
| Taxpayer ID No: | *******8747 | | | | |
| For Period Ending: | 01/08/13 | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,625.32 |
| 12/09/10 | 4 | Daniel Nolan<br>P.O. Box 7035<br>Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 150.00 | | 16,775.32 |
| 12/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 16,775.75 |
| 01/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 16,776.18 |
| 02/08/11 | 001001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 19.10 | 16,757.08 |
| 02/24/11 | 4 | Daniel Nolan<br>P.O. Box 7035<br>Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 100.00 | | 16,857.08 |
| 02/28/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,857.21 |
| 03/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,857.35 |
| 04/25/11 | 4 | Daniel Nolan<br>P.O. Box 7035<br>Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 100.00 | | 16,957.35 |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,957.48 |

| | | | | Page Subtotals | 351.68 | 19.10 | |

Ver: 17.01

FORM 2   Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-42396 -JBS |
| Case Name: | NOLAN, DANIEL J |
| | NOLAN, DEBRA A |
| Taxpayer ID No: | *******8747 |
| For Period Ending: | 01/08/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3493  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 16,957.63 |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,957.77 |
| 07/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,957.90 |
| 08/18/11 | 4 | Daniel Nolan P.O. Box 7035 Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 150.00 | | 17,107.90 |
| 08/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,108.05 |
| 09/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,108.19 |
| 10/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,108.34 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.80 | 17,086.54 |
| 11/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,086.68 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.07 | 17,065.61 |
| 12/19/11 | 4 | Daniel Nolan P.O. Box 7035 Hoffman Estates, IL  60195 | Proceeds from Sale of Business | 1129-000 | 500.00 | | 17,565.61 |
| 12/29/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 17,565.74 |
| 12/29/11 | | Transfer to Acct #*******2087 | Bank Funds Transfer | 9999-000 | | 17,565.74 | 0.00 |

Page Subtotals   651.13   17,608.61

Ver: 17.01

FORM 4

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-42396  -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | NOLAN, DANIEL J | Bank Name: | BANK OF AMERICA |
| | NOLAN, DEBRA A | Account Number / CD #: | *******3493  MONEY MARKET |
| Taxpayer ID No: | *******8747 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 17,640.85 | 17,640.85 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 17,565.74 | |
| | Subtotal | 17,640.85 | 75.11 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 17,640.85 | 75.11 | |

Page Subtotals            0.00            0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-42396 -JBS | |
| Case Name: | NOLAN, DANIEL J | |
| | NOLAN, DEBRA A | |
| Taxpayer ID No: | *******8747 | |
| For Period Ending: | 01/08/13 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******2087  GENERAL CHECKING | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******3493 | Bank Funds Transfer | 9999-000 | 17,565.74 | | 17,565.74 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | 16.97 | 17,548.77 |
| 10/26/12 | 001001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 2,514.09 | 15,034.68 |
| 10/26/12 | 001002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654     Fees          6,012.00     Expenses        29.71 | Attorney for Trustee Fees (Trustee | 3110-000 3120-000 | | 6,041.71 | 8,992.97 |
| 10/26/12 | 001003 | US Bank Corp/ Retail Payment Solutions PO Box 5229 Cincinnati, Ohio 45201 | Claim 000001, Payment 5.93% | 7100-000 | | 473.84 | 8,519.13 |
| 10/26/12 | 001004 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000002, Payment 5.93% | 7100-000 | | 336.84 | 8,182.29 |
| | | | Page Subtotals | | 17,565.74 | 9,383.45 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   10

Exhibit 9

| Case No: | 05-42396  -JBS |
|---|---|
| Case Name: | NOLAN, DANIEL J |
| | NOLAN, DEBRA A |
| Taxpayer ID No: | *******8747 |
| For Period Ending: | 01/08/13 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2087  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/12 | 001005 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 000003, Payment 5.93% | 7100-000 | | 378.69 | 7,803.60 |
| 10/26/12 | 001006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000004, Payment 5.93% | 7100-000 | | 2,043.93 | 5,759.67 |
| 10/26/12 | 001007 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 5.93% | 7100-000 | | 519.47 | 5,240.20 |
| 10/26/12 | 001008 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 5.93% | 7100-000 | | 361.77 | 4,878.43 |
| 10/26/12 | 001009 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MOBIL<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 000007, Payment 5.93% | 7100-000 | | 63.67 | 4,814.76 |
| 10/26/12 | 001010 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000008, Payment 5.93% | 7100-000 | | 664.74 | 4,150.02 |

Page Subtotals        0.00        4,032.27

Ver: 17.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-42396 -JBS | |
| Case Name: | NOLAN, DANIEL J | |
| | NOLAN, DEBRA A | |
| Taxpayer ID No: | *******8747 | |
| For Period Ending: | 01/08/13 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2087  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/12 | 001011 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000009, Payment 5.93% | 7100-000 | | 1,177.63 | 2,972.39 |
| 10/26/12 | 001012 | Target National Bank (f.k.a. Retailers National Ba<br>TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000010, Payment 5.93% | 7100-000 | | 25.48 | 2,946.91 |
| 10/26/12 | 001013 | Citibank USA Na Citibank<br>P O box 182149<br>Columbus OH 43218 | Claim 000011, Payment 5.93% | 7100-000 | | 138.82 | 2,808.09 |
| 10/26/12 | 001014 | Advanta Bank Corp<br>Welsh & McKean Roads<br>Po Box 844<br>Spring House, PA 19477 | Claim 000012, Payment 5.93% | 7100-000 | | 238.63 | 2,569.46 |
| 10/26/12 | 001015 | Citibank Choice<br>Exception Payment Processing<br>POB 6305<br>The Lakes, NV 88901 | Claim 000013, Payment 5.93% | 7100-000 | | 374.63 | 2,194.83 |
| 10/26/12 | 001016 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000014, Payment 5.93% | 7100-000 | | 2,194.83 | 0.00 |

| | | | Page Subtotals | | 0.00 | 4,150.02 | |

Ver: 17.01

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-42396  -JBS |
|---|---|
| Case Name: | NOLAN, DANIEL J |
| | NOLAN, DEBRA A |
| Taxpayer ID No: | *******8747 |
| For Period Ending: | 01/08/13 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2087  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,565.74 | 17,565.74 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 17,565.74 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,565.74 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 17,565.74 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3493 | 17,640.85 | 75.11 | 0.00 |
| GENERAL CHECKING - ********2087 | 0.00 | 17,565.74 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 17,640.85 | 17,640.85 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

        /s/      Frances Gecker

Trustee's Signature: _____   Date: 01/08/13
        FRANCES GECKER

Page Subtotals                    0.00                    0.00

Ver: 17.01